# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-22-00785-CV

---

**Texas Tech University System, Appellant**

**v.**

**Dolcefino Communications, LLC d/b/a Dolcefino Consulting
and San Angelo Standard-Times, Appellees**

---

### FROM THE 201ST DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-21-007069, THE HONORABLE MAYA GUERRA GAMBLE, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

The parties to this appeal have filed a joint motion to abate this appeal while they engage in settlement negotiations. We grant the motion and abate this appeal. By March 20, 2023, the parties shall file either a motion to dismiss this appeal, a status report, or other appropriate motion; otherwise, this appeal will be reinstated.

Before Chief Justice Byrne, Justices Triana and Theofanis

Filed: February 8, 2023

Abated on Joint Motion